EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2010 TSPR 215 |
| Bertha Puerta Guerrero<br>Josefina Ruiz Carrillo | 180 DPR ____ |

Número del Caso: TS-6757
                 TS-2093


Fecha: 5 de noviembre de 2010



 Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de octubre.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Bertha Puerta Guerrero            TS-6757
Josefina Ruiz Carrillo            TS-2093


RESOLUCIÓN


San Juan, Puerto Rico, a  5 de noviembre de 2010.

Durante el mes de octubre de 2010, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de las siguientes abogadas.


Bertha Puerta Guerrero            6757
Josefina Ruiz Carrillo            2093


Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo